UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LEON DEW,

    Petitioner,

    v.

BEN CURRY, Warden,

    Respondent.
_____/

No. C 07-1818 PJH

**JUDGMENT**

Pursuant to the order dismissing Dew's federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 26, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge