UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LEON DEW,

    Petitioner,

    v.

BEN CURRY, Warden,

    Respondent.
_____/

No. C 07-1818 PJH

**ORDER**

On July 7, 2010, the Ninth Circuit issued an order in which it mistakenly states that this court failed to issue a certificate of appealability in the case. This court, however, granted a certificate of appealability on November 28, 2007. Attached to this order is a copy of the court's November 28, 2007 order for the Ninth Circuit's convenience.

**IT IS SO ORDERED.**

Dated: July 8, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge